■ In the Matter of ANTONIO CRUZ, Petitioner-Respondent, v. PETER PREISER, as Commissioner of the New York State Department of Correctional Services, et al., Respondents-Appellants. Motion to vacate statutory stay pursuant to CPLR 5519 (subd. [c]) granted, without costs. Staley, Jr., J. P., Greenblott, Cooke, Kane and Main, JJ., concur.